UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE: Eddie Livingston<br>Helen D Livingston<br><br>DEBTOR(S) | CASE NO: 16-01774 CHAPTER 13<br><br>DEBTOR'S STATEMENT<br>IN SUPPORT OF CONFIRMATION |
|---|---|

In connection with the plan dated 6/15/2016, the debtor(s) hereby state that they understand the following:

(1) The obligations set forth in the plan, including the amount, method, and timing of payments made to the trustee and/or directly to creditors;

(2) The consequences of any default under the plan including the direct payments to creditors; and

(3) That debtor(s) may not agree to sell property, or buy property, employ professionals, or incur debt (including modification of debt) during the term for the plan without the advance authorization of the Bankruptcy Court.

Date: 6/15/2016                    By: /s/Eddie Livingston

                                   By:/s/  Helen D Livingston